**William L. STEFFY, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 02–3370.

United States Court of Appeals, Federal Circuit.

July 11, 2003.

Before LOURIE, RADER, and SCHALL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**B & B PARTNERSHIP and B & B Piscataway, Inc., Plaintiffs–Appellants,**

and

**BEVARD FAMILY LIMITED PARTNERSHIP, Plaintiff,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5028.

United States Court of Appeals, Federal Circuit.

July 11, 2003.

Before LOURIE, RADER, and SCHALL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.